**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 8, 2026

**BY EMAIL**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Tianyu Fu a/k/a "Tian Yu Fu"*, 25 Cr. 539 (JPC)**

Dear Judge Cronan:

The Government writes to respectfully request that the above-captioned case be unsealed.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________________
Varun A. Gumaste
Assistant United States Attorney

cc: Eric S. Rosen, Esq. (by email)

The Clerk of Court is respectfully directed to unseal this case.

SO ORDERED.
Date: January 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge