UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TIANYU FU,
a/k/a "Tian Yu Fu,"

Defendant.

**NOTICE OF INTENT TO FILE AN INFORMATION**

25 CRIM 539

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is not recused from this matter.

Dated: New York, New York
October 30, 2025

JAY CLAYTON
United States Attorney

By: ______________________
Varun A. Gumaste
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: Eric S Rosen
Eric Rosen, Esq.
Attorney for Tianyu Fu