Exh. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TIANYU FU,
a/k/a "Tian Yu Fu,"

Defendant.

**WAIVER OF INDICTMENT**

25 Cr.

25 CRIM 539

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Tianyu Fu
Defendant

Eric S. Rosen

Witness

Eric Rosen, Esq.
Attorney for Defendant

Dated: New York, New York
November 18, 2025