# Exhibit A

Character Reference Letter for Fu Tianyu

Honorable Judge,

United States District Court

Dear Honorable Judge,

I write this letter with great respect for the Court and with a sincere hope that my perspective may assist Your Honor in gaining a fuller understanding of Mr. Fu Tianyu beyond the circumstances of his offense. I am writing in my capacity as a representative of a nonprofit organization that previously worked with Mr. Fu through his volunteer service to our community.

Prior to his arrest, Mr. Fu Tianyu volunteered his time and professional skills to support our nonprofit organization by providing photography and video editing services for community-focused projects. His work helped us document and share our outreach activities, strengthen community engagement, and better serve the public. Throughout this period, he consistently demonstrated responsibility, reliability, and a strong work ethic. Despite serving in a volunteer capacity, he approached his assignments with seriousness and professionalism, producing high-quality work and collaborating respectfully with our team.

Based on our direct experience, Mr. Fu showed genuine willingness to contribute positively to the community without expectation of personal gain. His conduct during his volunteer service reflected maturity, cooperation, and a sincere desire to use his skills for the benefit of others. These qualities left a positive and lasting impression on our organization and those he worked with.

Since learning of Mr. Fu’s incarceration, I understand that he has engaged in serious reflection regarding his actions and their consequences. It is my understanding that he has expressed sincere remorse and has taken responsibility for his mistakes. While I fully respect the seriousness of the offense and the authority of the law, I believe that Mr. Fu possesses the capacity for rehabilitation and meaningful reintegration into society.

From the perspective of someone who has witnessed his constructive contributions firsthand, I respectfully submit that Mr. Fu is not defined solely by this offense. He is an individual who has demonstrated the ability to act responsibly, to serve others, and to make positive contributions when given the opportunity. With appropriate guidance and accountability, I believe he can continue on a path of personal growth and social responsibility.

Your Honor, I respectfully ask that the Court consider Mr. Fu Tianyu's prior volunteer service, his demonstrated commitment to community support, and his apparent remorse when determining an appropriate sentence. Granting him an opportunity for rehabilitation would not only allow him to take responsibility for his past actions but also enable him to continue contributing positively to society in the future.

Thank you for taking the time to consider this letter. I appreciate the Court's careful attention and commitment to justice.

Respectfully submitted,

Gary Yu Gary Yu

President

New England Chinese American Allince