# Exhibit B

# Character Reference Letter for Fu Tianyu

**Honorable Judge, United States District Court**

Dear Honorable Judge,

I am writing this letter to respectfully ask for Your Honor's leniency in the sentencing of my cousin, Mr. Fu Tianyu. We have been close since he was nine years old, and I have watched him grow up until he left for the United States. I hope this letter can provide you with a glimpse of the kind, sensitive, and optimistic young man our family knows and loves.

Throughout his youth, Tianyu has always been a gentle and compassionate person. He rarely loses his temper or complains, even when facing difficulties. Instead, he approaches life with optimism. He is not someone who seeks attention or shows off; rather, he is grounded and disciplined. One detail that always stands out to me is how he keeps his living space: his bedroom is always organized, and he treasures his belongings. He still keeps records, cassette tapes, and toys from over a decade ago, all neatly arranged on his bookshelf. To me, this shows that he is a person who values memories, cherishes what he has, and lives a disciplined life.

His compassion also extends to animals. He once cared for a pet dog with such meticulous attention and love, treating it like a family member. This gentle nature is the core of who he is.

Since his incarceration, I have spoken with him over the phone multiple times. Despite the difficult circumstances in the detention center, he has never complained to me. Instead, he has expressed deep remorse and regret for his actions. He told me that he views this experience not just as punishment, but as a crucial opportunity to reflect and become a better person. He acknowledges his mistakes and is determined to learn from them to make better choices in the future.

Tianyu's absence has been devastating for our family. His mother—my aunt—often cries in private, trying to hide her pain, but we can all see her suffering. Furthermore, our grandfather and grandmother, who are nearly 90 years old and in poor health, miss him dearly. Especially during the traditional Chinese New Year, their greatest

wish is to see their grandson again. We all firmly believe that Tianyu simply lost his way, and this offense does not define his entire life.

Tianyu is also a talented individual with a passion for photography and video creation. Before this, he shared content on video platforms (such as BiliBili) that reflected his love for life and his professional skills. I am confident that upon his release, he will be able to use these talents to return to the right track, support himself, and contribute positively to society.

I respectfully ask Your Honor to consider his good character, his sincere remorse, and the loving family waiting to support him when deciding his sentence. Thank you for your time and compassion.

Respectfully submitted,

**Dong Tianyi**
Cousin of Fu Tianyu
Shenzhen, China
February 2, 2026