# Exhibit C

To the Honorable Judge,

I am writing this letter in support of my close friend, Futianyu (also known as Afu), who is currently detained at the Metropolitan Detention Center in Brooklyn.

My name is Steven, and I have known Afu for over 16 years. We come from the same hometown, Lianyungang City, Jiangsu Province, China, and we became classmates and close friends during our high school years. Since then, we have remained in contact and maintained a deep and consistent friendship into adulthood.

Throughout the many years I have known him, Afu has always been a person of optimism, kindness, and humor. Even in difficult situations, he has consistently shown an ability to encourage others and maintain a positive outlook on life. In our youth, he developed a strong interest in American films and television, not merely for entertainment, but out of a genuine curiosity about culture, storytelling, and communication. This interest later shaped his career path and creative pursuits.

Afu is also someone who takes responsibility seriously. After graduating from university, he devoted himself to building a career as a content creator, producing original and thoughtful media content. His work reached millions of viewers in China, with several videos receiving tens of millions of views. These achievements were the result of discipline, creativity, and sustained effort over many years.

Beyond personal success, Afu has demonstrated a strong sense of social responsibility. He once participated as a representative of the Nanjing

municipal government in a cultural exchange program with Paris, France, serving as a youth exchange delegate. He also collaborated on media projects with Mr. Tim Cook, CEO of Apple Inc., which reflects not only professional recognition but also his ability to communicate across cultures in a respectful and meaningful way.

I am fully aware that Afu is facing serious legal consequences, and I respect the authority of this Court. I do not seek to excuse his actions. However, based on my long-term and personal knowledge of him, I sincerely believe that he is capable of reflection, accountability, and genuine personal growth. He is not defined solely by this moment, but by a lifetime of positive contributions and character.

I respectfully ask the Court to consider Afu's background, character, and potential for rehabilitation when determining his sentence. I truly believe that with guidance and an opportunity for redemption, he can continue to be a constructive and responsible member of society.

Thank you for your time and consideration.

Respectfully,

Steven He
Nanjing, China
+86-025-87701083
Dec.24th.2025