# Exhibit D

Character Reference Letter for Fu Tianyu

Honorable Judge, United States District Court

Dear Honorable Judge,

It is with a heart full of both profound heaviness and sincere hope that I write this letter. As a close friend and former business partner of Fu Tianyu, I wish to present to you a more complete and genuine picture of the man—not solely defined by his mistakes, but also by the inherent goodness, heartfelt remorse, and potential for redemption that lie within him.

I have known Tianyu for many years, and he has always been an optimistic and generous individual. In our professional collaborations, he never dwelled on minor details but consistently treated others with the utmost sincerity, inspiring those around him with his passion. His generosity extended beyond material matters; it was reflected in his selfless support and companionship as a friend. We shared countless beautiful moments together, memories that remain vivid and real, as if they happened only yesterday. Even during the two years he has been away, I can still clearly feel the positive impact he has had on my life—he taught me to value friendship and to believe in the inherent goodness of people.

However, life can sometimes take an unfortunate turn due to a single misstep. Since his arrest, I have witnessed in Tianyu a depth of pain and self-reflection unlike anything I have seen before. During his time at the Brooklyn detention facility, we have maintained correspondence. In each letter, I have felt his heartfelt remorse and his earnest re-examination of the past. He no longer makes excuses for himself but instead faces his errors with honesty, striving to find inner peace and change. He has expressed that this period of incarceration has taught him the most heavy—and most profound—lesson of his life: a lesson about responsibility, the sanctity of the law, and the true meaning of life.

I have watched his spirit transition from restlessness to calm, from confusion to clarity. He has never shirked responsibility; instead, he sincerely hopes to make amends and become a person who can once again contribute positively to society, his family, and his friends. This transformation did not happen overnight—it has been a gradual, inward and outward metamorphosis. I truly believe this experience has left an indelible mark on him, one that will shape the remainder of his life and deepen his appreciation for freedom, family, and the trust of society.

Tianyu is not merely someone who has committed a crime; he is a true friend who has positively influenced many. His family, friends, and all who know him eagerly await his return, hoping he will have the opportunity to demonstrate his transformation through concrete actions. We firmly believe that he will face the future with greater maturity and a stronger sense of responsibility, ready to contribute meaningfully to society.

Your Honor, I respectfully consider Tianyu’ s genuine remorse and the fundamental goodness of his character when determining his sentence. We hope the law may grant him a chance for rehabilitation and a fresh start. His return is not only the fervent wish of his family but also the shared hope of all who care for him.Thank you for taking the time to read this letter. Your fairness and compassion may bring new hope to his life.

Respectfully,

Cui Haoran

Cui Haoran.