# Exhibit E

Character Reference Letter for Fu Tianyu

Honorable Judge, United States District Court

Dear Honorable Judge,

My name is Michael Luo, and I am writing to you regarding my close friend Mr. Fu Tianyu, who is currently awaiting sentencing. I fully understand the seriousness of the charges he faces. I am not writing to excuse his actions, but to present to the Court my sincere understanding of his character, his background, and my belief in his ability to rebuild his life.

I have known Tianyu since we were both students in Nanjing, China. We met when we were young, studying and exploring our interests, and we quickly became close friends. Over the years, I have known him to be a loyal, sincere, and kind-hearted person. He is someone who consistently helped the people around him, often without asking for anything in return.

Tianyu is also a dedicated and talented artist. His passion for photography started at a very young age, and his work was remarkable even when he was still a student. One of his photographs was featured on the official Leica website—something that spoke not only to his technical skill, but also to his sensitivity to humanity and the world. Throughout his time in China, he documented many meaningful social moments and public events, leaving behind valuable images with depth and empathy. This artistic pursuit has always been a major part of his identity.

Beyond his artistic accomplishments, Tianyu is also a devoted son and a loving partner. His parents rely on him deeply, and his long-term girlfriend in China cares for him very much and has been waiting faithfully for him to come home. They are a tight-knit family, and the emotional bond between them has always been an anchor in his life. Today, at 31 years old, Tianyu is in the prime of his life, with so many opportunities still ahead of him.

I have continued writing letters to him during his time in custody. Through these conversations, I have witnessed his deep remorse and reflection. He fully understands the gravity of his mistakes and the pain they have brought to his family and to himself. I truly believe that this experience has fundamentally changed him. This was not a pattern of criminal behavior, but an isolated, misguided decision. Tianyu is not someone who belongs in a life of wrongdoing—his

character, his background, and his previous life trajectory all reflect someone capable of positive contribution, not harm.

I respectfully ask the Court to consider the whole person that Tianyu is:

— a kind and loyal friend,
— a dedicated artist,
— a son loved by his parents,
— a partner deeply bonded to someone awaiting him,
— and a young man who, though he made a grave mistake, has the capacity and will to change.

I sincerely hope the Court will consider leniency in his sentencing. Many people—including his parents, his partner, and his friends like me—are waiting for him, ready to support him when he returns. We all believe he will rebuild his life and never repeat the same mistakes again.

Thank you for taking the time to read my letter.

Respectfully,
Michael Luo

Michael Luo