# Exhibit F

To the Honorable Judge,

I am writing to offer my sincere support for Tianyu Fu (Afu,Ayalinus), whom I have known personally since our teenage years.

We are both originally from Lianyungang, Jiangsu Province, China, and first met as high school classmates. Over the years, I have observed Afu grow from a curious student into a thoughtful adult with a strong sense of purpose and cultural awareness.

Afu has always had a unique ability to connect with people. His humor and openness allow him to communicate ideas in a way that feels accessible and sincere. This quality later became central to his work as a media creator. Through years of dedication, he built a respected presence on Chinese social media platforms, reaching millions of viewers and influencing them in positive and creative ways.

What distinguishes Afu from many others is his cross-cultural mindset. His long-standing interest in American media fostered a genuine respect for cultural diversity. This perspective enabled him to participate in international projects, including a collaboration with Apple CEO Tim Cook and a cultural exchange program between Nanjing and Paris, where he served as a youth representative. These experiences reflect trust placed in him by institutions and organizations, and his ability to represent his community responsibly.

In my experience, Afu is not a reckless or harmful individual. He is reflective, capable of learning from mistakes, and deeply aware of the impact his actions have on others. I believe that the time he has spent in detention has been a period of serious introspection for him.

I respectfully ask the Court to consider Afu’ s demonstrated capacity for growth, his history of positive social contribution, and his potential for rehabilitation. Leniency in sentencing would not only acknowledge his past contributions but also allow him the opportunity to continue contributing in a lawful and constructive manner in the future. So many people who love him are waiting for his return.

Thank you very much for your time and careful consideration.

Sincerely,

Wanglining 王励宁
Lianyungang,China
+86 19901569322
2026/01/02

王励宁
Lining Wang