# Exhibit G

Dear Honorable Judge,

I am driven to write this letter by a profound sense of duty—to speak up for Fu Tianyu, a man whose true nature I have witnessed firsthand over the past 16 years, ever since we crossed paths as high schoolers in Lianyungang, Jiangsu Province. Our bond is not merely that of friends; it is a connection forged through shared joys, mutual support during hardships, and unwavering trust. I do not seek to downplay the gravity of his actions, nor do I intend to make excuses for his misstep. Instead, I aim to lay before you the full portrait of the person he is—one whose core is rooted in kindness, whose life has been marked by positive impact, and who has earnestly committed to turning over a new leaf.

From the very start of our friendship, Tianyu's benevolence set him apart. In our adolescent years, when self-interest often takes center stage for most teenagers, he consistently prioritized others' needs. He would spend hours helping classmates work through tough homework assignments, stay up late listening to friends grappling with personal troubles, and offer whatever he had to those in need—never asking for anything in return. One incident that has stayed with me for years: not long after we became close, I accidentally broke his cherished camera, a prized item he had saved up for months to buy. To my astonishment, his first words were not anger or disappointment, but a gentle "Are you okay?" That moment etched itself into my memory, teaching me the true essence of generosity and grace. It was a lesson that shaped how I interact with others, and it perfectly embodies the kind of person Tianyu has always been.

As we grew into adulthood, Tianyu's sense of responsibility deepened. He has been a steadfast and devoted partner to his long-term girlfriend, standing by her through every up and down with unwavering loyalty. To his family, he is a pillar of strength—shouldering the care of his parents and siblings with dedication, always putting their well-being above his own. This innate desire to protect and provide for his loved ones is not something he learned; it is a fundamental part of who he is, a trait that has earned him the profound respect and affection of everyone who knows him.

Tianyu's artistic talent has always been a source of inspiration to me. We share a passion for photography, and we've embarked on countless trips together—wandering through ancient towns, hiking mountain trails, and capturing the beauty of everyday moments. What never fails to impress me is his unique perspective: even in the most ordinary settings, he can spot beauty and meaning that elude others. His photographs are not just technically polished; they carry emotional depth, a reflection of his ability to empathize deeply with the world around him. This gift has allowed him to create content that resonates with millions across China and the U.S., spreading positivity and fostering understanding through his art. His cross-cultural awareness, nurtured by his long-standing engagement with global media, opened doors to impactful international initiatives—such as collaborating with industry leaders like Apple's Tim Cook and representing youth in the Nanjing-Paris cultural exchange. These opportunities were not handed to him;

they were earned through his professionalism, reliability, and ability to bridge cultural gaps.

As a Chinese police officer, I have dedicated my career to upholding justice and understanding the complexity of human behavior. I know better than most that people are not defined by their worst mistakes. Through our regular correspondence while he has been in custody, I have seen a man consumed by genuine remorse. He does not deflect blame or make excuses; instead, he has confronted his actions head-on, reflecting deeply on the harm he caused to his family, friends, and the trust of society. He has told me that this period of reflection has been a wake-up call—a harsh but necessary lesson that has taught him the importance of accountability, the inviolability of the law, and the irreplaceable value of freedom. I have watched him grow from a state of restlessness to one of calm resolve, determined to make amends and live a life worthy of the second chance he hopes for. This was an isolated error in judgment, not a pattern of misconduct, and he has taken every step to ensure he never repeats it.

Tianyu is more than the sum of his mistakes. He is a loyal friend, a gifted artist, a devoted family member, and a person who has spent his life contributing positively to the world around him. He has the courage to change, the wisdom to learn, and a strong support system of loved ones who will stand by him as he rebuilds his life. I have no doubt that if granted leniency, he will emerge as a more mature, thoughtful individual—one who carries this lesson with him, holds himself to the highest standards, and dedicates himself to making meaningful amends through his actions.

Your Honor, I implore you to look beyond the single misstep and consider the full scope of Tianyu's character: his lifelong kindness, his genuine remorse, his remarkable talents, and his clear potential for rehabilitation. A second chance is not a forgiveness of his past; it is an investment in his future—a future where he can continue to contribute to society, honor his responsibilities, and prove that people can change for the better. All those who love him—his family, his partner, and his friends—are counting on your compassion and fairness to give him the opportunity to rebuild his life.

Thank you for your time and thoughtful consideration of this letter.

Respectfully,
Jian WU

Jian WU