# Exhibit H

Honorable Judge,

I am Wenwen Yang, Tianyu Fu's fiancée. With a sincere and humble heart, I write this letter to you, hoping to share my most genuine understanding of Tianyu as someone who has stood beside him through the most important years of his adult life, and to earnestly implore you to consider his true character and his sincere desire for redemption.

Tianyu has always been a man of integrity, diligence, and compassion—traits that have been the foundation of our relationship and the reason I have full faith in him. I first got to know him during his time studying photographic arts at Nanjing Normal University. Back then, he was not only a top student who balanced academic excellence with artistic creativity, winning multiple awards for his photographic works, but also a warm-hearted volunteer who devoted his spare time to organizing charity photography exhibitions for underprivileged communities. His dedication to using his talents for good deeply moved me, and as we grew closer, I witnessed more of his shining qualities.

When Tianyu came to the United States, he never forgot his desire to promote cross-cultural understanding. He created short films showcasing America's cultural and natural beauty,

sharing them on Chinese platforms like Bilibili and Douyin, where they amassed over 10 million views. What touched me most was that he didn't just create these works for recognition—he truly saw himself as a bridge between two cultures, and the praise from viewers calling him "a digital ambassador of goodwill" was a testament to his sincere efforts. Later, during his residency in Boston, he continued to give back to the community. As a volunteer videographer for United Chinese Americans and the Asian Mental Health Initiative of North America, he produced impactful public service campaigns to amplify marginalized voices. When he received the Certificate of Recognition from Boston City Mayor Michelle Wu in 2022, he told me with tears in his eyes that this was the greatest affirmation of his work, and that he wanted to keep serving the community for a long time to come. All these experiences are not empty words—they are the memories we shared, the actions he persisted in, and the proof of his commitment to being a responsible member of society.

I do not seek to minimize the gravity of the current situation, and I fully understand that his actions have caused harm and disappointment. This incident is completely contrary to the Tianyu I know, and it has also made me feel heartbroken and

confused. However, during the time Tianyu has been detained, we have kept in touch through letters. From every word he writes, I can clearly feel that he is truly remorseful and determined to turn over a new leaf. What' s more, his remorse is not just empty talk. In detention, he has strictly abided by all regulations, taken the initiative to participate in learning activities to reflect on his mistakes and enhance his legal awareness, and always tried his best to help those around him —whether it' s assisting the staff with daily tasks or comforting fellow detainees who are also regretting their actions. These are tangible actions that prove his resolve to reform.

Since this matter arose, Tianyu has spent a great deal of time reflecting deeply on his actions. In his letters, he repeatedly tells me that he fully acknowledges the harm his behavior has caused to others, to the community, and to the trust that his family, friends, and I have placed in him. He writes that he has learned a painful lesson, and that if given a chance, he will spend the rest of his life making amends.

Honorable ProsecutorHonorable Judge and Probation Officer, the Tianyu Fu I know is a man who loves life, values responsibility, and is eager to contribute to society. His past efforts in

public welfare and cross-cultural exchange are proof of his core decency, and his current remorse and concrete actions to reform show his potential for redemption. Granting him a chance to rebuild his life would not only align with the principles of restorative justice, but also allow him to continue using his talents to serve the community—as he has always wanted to.

In closing, I earnestly implore you to consider Tianyu's humanity, his lack of malicious intent, and his sincere determination to reform. Your discretion in this matter will not only shape the rest of his life, but also give him the opportunity to make meaningful amends and continue uplifting the lives of others. I will always stand by him as he strives to become a better person, and I sincerely thank you for your time and consideration.

Respectfully,

Wenwen Yang

Fiancée of Tianyu Fu

杨雯雯

2025年12月23日.