# Exhibit I

Honorable Judge,

Greetings to you both.

We sincerely thank you for granting our family this opportunity to submit this plea for leniency. Your compassion means more to us than we can say.

My son, Tianyu Fu, has committed a mistake in your country and caused trouble for others. On behalf of my entire family, I offer our most sincere apology to you. This incident came as a complete shock—none of our family members or anyone who knows him ever imagined he would end up in such a situation. The past year or so has been the most agonizing period of my life. From the day we received the notification, I have done everything in my power to raise funds and hire a professional attorney to handle this case. Every step we have taken has led us to this moment, as we anxiously await the court hearing and earnestly hope that you will give my son a chance to redeem himself.

Tianyu Fu has been a kind, cheerful and filial child since he was young. In college, he chose to major in photography—a field he deeply loved and excelled in—and traveled to many places with his camera. He has always held a genuine affection for the United States, where he took numerous stunning photographs, many of which have been published in prominent journals both

domestically and internationally. He is sincere in his interactions with others, and is well-liked by relatives, friends and everyone who knows him. In 2022, he was even awarded a Certificate of Recognition by the Mayor of Boston. Many of his friends in the United States have also volunteered to write letters in support of his plea for leniency. Since we have been unable to make phone calls for a long period of time, we have kept in touch through letters. From every word he writes, I can clearly sense that he is truly remorseful and is determined to turn over a new leaf. What is more, his remorse is not just empty talk — while in custody, he has strictly abided by all regulations, taken the initiative to participate in educational programs, and always done his best to help those around him. These tangible actions are proof of his sincere resolve to reform himself.

Over this period, to handle my son' s case, I have not only borrowed money to pay for legal fees, but the immense mental stress has also taken a toll on my health—yet I have kept all of this from him. What troubles me even more is that Tianyu' s maternal grandmother, who raised him since he was a child, is now 85 years old and bedridden due to paralysis. She talks about wanting to see him every single day, and we have no choice

but to hide the truth from her, fearing she would be unable to bear the shock.

Today, as a mother with the most heartfelt sincerity, I implore you to take full account of Tianyu Fu's remorse and his positive conduct while in detention. Please grant him a chance to start anew and return to his family soon. We will exercise strict supervision over him in the future, guiding him to face his mistakes squarely and repay your kindness and trust with concrete actions.

Thank you once again for your time and consideration.

Respectfully,

Dong Haowen

Mother of Tianyu Fu

董浩雯

2025年12月23日