# Exhibit J

THE FOCUS FORWARD PROJECT, INC.

P.O. Box 2892, Church St. Station, New York, NY 10008-2892 | Tel: (347) 619-2080 | info@focusforwardproject.org

Pamela T. Miller
*Executive Director*

BOARD OF DIRECTORS

Anne Patterson Finn
*Chairperson*

Amy Finzi

Alexandra Katz

Alexandra Keeling

Justine Kentla

Joel Putnam

Catalina Rappaport

EMERITUS BOARD MEMBERS

The Honorable Barbara S. Jones

Fiona Doherty

Jose Maldonado

Deirdre von Dornum

**February 4, 2026**

Hon. John P. Cronan
U.S. District Judge for the U.S. Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Cronan:

I write in my capacity as a volunteer facilitator for the Focus Forward Project, Inc., in support of Tianyu Fu, a recent graduate of the Focus Forward Project class held at MDC that began in September 2025. The class graduated on January 13.

The Focus Forward Project is a nonprofit organization dedicated to providing an educational curriculum focused on reentry for individuals charged with federal crimes. It is currently in its 14th year and has impacted the lives of hundreds of individuals in positive and uplifting ways.

Our classes are offered for people who are incarcerated and for those under pretrial supervision. The 14-week course is designed to provide participants with both an intellectual and emotional outlet as they navigate the stress and uncertainty of the pretrial phase of their federal cases. The class meets once a week for two hours and fifteen minutes, and participants complete weekly reading, journal entries, and other homework assignments. The first half of each class is spent discussing and connecting with themes from the memoir A Long Way Gone by Ishmael Beah, a boy soldier in the Sierra Leone civil war, while the second half focuses on life skills, highlighting a different skill each week.

By the end of the course, participants will have gained a variety of transferable skills and tools, including, but not limited to: a completed resume, interview skills, conflict-resolution skills, public speaking skills, and the setting of both short and long-term goals. The goal of The Focus Forward Project is to provide participants with the confidence and practical tools to successfully move forward with their lives.

Tianyu Fu took full advantage of everything Focus Forward offered him. He engaged thoroughly with every assignment, class discussions, and readings, and drew lessons from them. As he said, "I gained and learned a lot during this period. It is my first time to read a whole book in English." At another point,

he wrote, "I am doing my best in this program, and now I am inspired more by Ismael's story, so hopefully, I can change myself as well, in a good way." The insights and the skills he gained, Tianyu believed, could help him lead a productive life in the future. He continues to work on improving himself. As he put it, he is still "on my way to find out how to make money" and also save it. He has "learned how hard it is to make a living when he started his own business."

In his three-minute speech about an experience that changed him, Tianyu said that his arrest did. Before he had been "optimistic…. he was a photographer taking pictures of people." For the first few months of being incarcerated, he "felt deep frustration and lost his self-confidence." But with family support, he became optimistic again. In his unit at MDC, he walked around and found "great souls" to talk to but also saw "others fighting and arguing." He realizes that "prison has changed his life, which is full of lessons." He "takes advantage of everything he can." He also realizes that "he shouldn't do stupid things." While in MDC, he has had to "stop and gain a better perspective" on how to conduct his life, which "was too easy" before. As he said in an assignment to discuss how he had changed, he said, "The 11 months I spent in MDC Brooklyn have already changed me a lot. This experience of incarceration gives me another perspective on my life. I realized that I should be responsible for my family and myself. I have to respect the law, respect order, respect people. I should make wise decisions with my wisdom and courage."

In answer to the question from a potential future employer, what three adjectives would describe him, Tianyu said, "sober-minded, optimistic, and a team player." Tianyu's fellow participants appreciated his candor and contributions to the class. When asked to describe each participant in a couple of adjectives, they described him as "thoughtful, helpful, funny, very smart, humble, talented, and kind." They showed their respect for him by selecting him as one of two graduation speakers. I enjoyed having such a bright and conscientious person in the class.

Your Honor, my intent is to provide you with my experience with Tianyu Fu. I appreciate the time Your Honor has taken to read our letter. If you have any questions, please feel free to contact my supervisors at the Focus Forward Project by phone or email: (347) 619-2080 or info@focusforwardproject.org.

Sincerely,

Hannah Jopling

Hannah Jopling, Ph. D.
Focus Forward Project
Class Facilitator

cc: Eric S. Rosen, Esq.