# Exhibit K

# The City of Boston

## *CERTIFICATE OF RECOGNITION*

***presented to***

## ***Tianyu Fu***

***We honor and recognize your commitment and dedication to serving the Asian community and beyond.***

***On behalf of the City of Boston, congratulations on this achievement and best wishes on all of your future endeavors.***

***MICHELLE WU***
***MAYOR OF BOSTON***
*November 13, 2022*