# Exhibit L

# *Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## *Tianyu Fu*

***Reg. No. 54176-511***

*has satisfactorily completed*

***The Life Skills Psychology Workbook***

*and is hereby awarded this certificate, this 29th of January 2026.*

Dr. Ibrahim
Staff Psychologist