# Exhibit M

# *Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## ***Tianyu Fu***

***Reg. No. 54176-511***

*has satisfactorily completed*

## ***The Feelings Psychology Workbook***

*and is hereby awarded this certificate, this 21st day of October 2025.*

Dr. Ibrahim
Staff Psychologist