# Exhibit N

# *Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
QUI PRO DOMINA JUSTITIA SEQUITUR

*This certifies that:*

***Tianyu Fu***
***Reg. No. 54176-511***

*has satisfactorily completed*

***The Healthy Relationship Psychology Workbook***

*and is hereby awarded this certificate, this 4th day of November 2025.*

Dr. Ibrahim
Staff Psychologist