# Exhibit O

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

**Tianyu Fu**
**Reg. No. 54176-511**

*has satisfactorily completed*

***The Daily Mindfulness Psychology Workbook***

*and is hereby awarded this certificate, this 4th day of December 2025.*

Dr. Ibrahim
Staff Psychologist