# Exhibit P

# MDC Brooklyn
# Recreation Department

*This is to Certify that*

*Tianyu Fu*

## STRUCTURED ACTIVITY
## CORE WORKOUT

*At MDC Brooklyn*

*This certificate is hereby issued this 30th day of October, 2025*

*B.BONILLA*

*Recreation Specialist*

