# Exhibit Q

# MDC Brooklyn
# Recreation Department

*This is to Certify that*

*Tianyu Fu*

**STRUCTURED ACTIVITY**

**CORE WORKOUT**

*At MDC Brooklyn*

*This certificate is hereby issued this 27th day of September, 2025*

B.BONILLA

*Recreation Specialist*

