# Exhibit R

THE FOCUS FORWARD PROJECT, INC.

# CERTIFICATE OF ACHIEVEMENT

This certifies that

## Tianyu Fu

has successfully completed all of the requirements for graduation from

## The Focus Forward Project

and is hereby awarded this certificate of distinguished achievement

January 13, 2026

Alexandra Katz, Esq.
Co-Founder

Justine Kentla, Esq.
Co-Founder

Pamela T. Miller, Esq.
Executive Director