# Exhibit S

From
Mathew James
Reg # 91801-053

To

The Presiding Judge.

I arrived here at MDC Brooklyn on 12/29/25. This is a transit facility for me. I have been in the BOP for almost 2 years but I have never experienced ~~sta~~ such a horrible BOP facility.

One of the bright spot of being here in the intake unit at MDC Brooklyn was my interactions with Tianyu Fu. This facility provided us with the barest minimum hygiene products. Which ran out in a couple days. Tianyu Fu provided me with his personal hygiene products this made a very positive impact in my stay at the intake unit. I have noticed Fu helping Chinese inmates with the usage of phones and computers in this unit as he is well versed in Chinese and English.

Your Honor I request you kindly to consider these acts of kindness Fu has provided to me and other inmates during his sentencing. Thank you.

Respectfully,

M. James