# Exhibit T

Dear Honorable Judge,

I often reflect on the moment I applied for my visa at the United States Consulate in Shanghai, China, during my 12-month incarceration. When the officer asked, " Why do you want to go to America?" I simply replied, "To travel." Then she approved my visa with a smile on her face. Over the next few years, I visited United States several times, travelling from east to west. Through my camera lens, I captured countless breath-taking views, and I was deeply impressed by the passion and kindness of the American people I encountered along the way. I shared these unforget-table moments with my online subscribers, who often responded with comments like," I didn't even know America was such a beautiful coun-try, and the people are so nice!" It brought me great satisfaction to see such reactions and to serve as a small cultural bridge between China and the United States.

However, after my breakup with my ex-girlfriend in 2023, I completely lost my way. I was devastated both mentally and financially. In order to repay my overwhelming debt in China and "prove myself", I made a grave mistake that betrayed not only the trust of the visa officer but also the warmth and generosity shown to me by so many Americans. Around June 2024, after watching a documentary on the Chinese video platform Bilibili, I realized my actions may connected to a large-scale scam. From that point, I gradually ceased my involvement. I was so regretful, I blamed myself deeply for what I had done and wished to

apologize to all potential victims. Following my arrest, I cooperated fully with FBI agents, providing every detail I knew about the scheme in hopes of making amends.

Seeking to redeem myself during my time at MDC Brooklyn, I became an orderly in the intake unit starting in September 2025. To date, I have assisted over 30 new Chinese inmates by translating for them, helping set up their phone accounts, and easing their adjustment to the new environment. This is a role that has given me a profound sense of purpose. I have also participated in the Focus Forward Project, a meaningful program which equipped me with essential life skills and deepened my understanding of dignity and principle. I am grateful to have been selected for this program and honored to deliver a speech at our graduation ceremony. Additionally, completing psychological self-help workbooks has allowed me to introspect and maintain a healthy mental status.

I have read over 25 books in the past year, ranging from memoirs to literary classics. To overcome my limited proficiency, I asked my friend to send me a Chinese-English dictionary, so I can comprehend unfamiliar words and phrases. Inspired by these experiences, I am now planning to write my own book, sharing my incarceration story as a cautionary tale to remind myself and fellow Chinese individuals to respect the law, this country, and its people while pursuing our "American Dreams."

Despite these personal growth and achievements, my incarceration has been an immense hardship for both my family and me. My plans to marry my girlfriend were abruptly halted by my arrest, and with all my family members in China, they worry about me constantly. Compounding this pain, the phone system at MDC Brooklyn has been unreliable. From January to February and September to December 2025, technical issues prevented me from calling back China for five months. Since my parents are unfamiliar with the email system, I resorted to sending letters with global stamps, though delivery often takes about two months. I fully understand that I must face consequences for my actions, but this prolonged separation feels profoundly unfair. Moreover, the harsh conditions at MDC Brooklyn such as random lockdowns have added to my physical and emotional torment.

I deeply miss my home and family. I fully accept responsibility for my actions and am truly sorry for the harm I caused. Once again, I apologize to all potential victims and to those who placed their trust in me. Your Honor, I humbly ask that you allow me to return home to my family as soon as possible, so I may begin a new chapter in my life. I am committed to becoming a better man.

Yours sincerely,
Tianyu Fu